**M. Christie Helmer**, OSB No. 743400
chris.helmer@millernash.com
**Elizabeth Tedesco Milesnick**, OSB No. 050933
elizabeth.milesnick@millernash.com
MILLER NASH LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  (503) 224-5858
Facsimile:  (503) 224-0155

**Richard V. Singleton II**
rsingleton@blankrome.com
**Jeremy A. Herschaft**
jherschaft@blankrome.com
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174-0208
Telephone:  (212) 885-5166
Facsimile:  (917) 332-3734

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MONJASA A/S, | Case No. 3:12-cv-01489-BR |
| Plaintiff, | STIPULATION OF PLAINTIFF AND CLAIMANT IN SUPPORT OF MOTION FOR ORDER TO RELEASE VESSEL FROM ARREST |
| v. | |
| M/V PERISTIL, her tackle, engines, etc. *in rem*, | |
| Defendant. | |

Page 1 -   Stipulation of Plaintiff and Claimant in Support of Motion for Order to Release Vessel from Arrest

PDXDOCS:1976004.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

Plaintiff Monjasa A/S and the Claimant to Defendant Vessel M/V PERISTIL ("the Vessel"), by and through its attorneys, hereby stipulate as follows:

1. The Vessel was arrested by the United States Marshal on August 17, 2012 at the Port of Kalama, within the district.

2. The Claimant to the Vessel has provided security for the Vessel to Plaintiff, which Plaintiff has agreed as to form and sufficiency.

3. The said form of security provided by the Claimant to the Vessel to Plaintiff includes an obligation that Claimant will file a statement of right or interest to the Vessel and a restricted appearance in this action to defend the Vessel.

4. Plaintiff has paid the United States Marshal an amount to cover the Marshal's fees in conducting the arrest and serving all required papers herein.

5. Under the circumstances, the parties respectfully request that an Order of this Court be entered, in the form submitted with the Motion, to release the Vessel from arrest forthwith.

6. Plaintiff undertakes to serve a copy of said Order, when entered, upon the United States Marshal.

//

//

//

Page 2 -   Stipulation of Plaintiff and Claimant in Support of Motion for Order to Release Vessel from Arrest

PDXDOCS:1976004.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

So STIPULATED.

Dated: August 18, 2012.

          MILLER NASH LLP

          By __/s/ Elizabeth Milesnick_____
            M. Christie Helmer, OSB No. 743400
            chris.helmer@millernash.com
            Elizabeth Tedesco Milesnick, OSB 050933
            elizabeth.milesnick@millernash.com
            111 S.W. Fifth Street, Suite 3400
            Portland, Oregon 97204
            Telephone:  (503) 224-5858
            Facsimile: (503) 224-0155

          Attorneys for Plaintiff Monjasa A/S

Dated: August 18, 2012.

          WOOD TATUM

          By __/s/ Robert Sanders_____
            Robert I. Sanders, OSB No. 701257
            ris@woodtatum.com
            6915 SW Macadam Avenue, Suite 115
            Portland, Oregon 97219
            Telephone:  (503) 721-9402

          Attorneys for Claimant to the Vessel
          M/V PERISTIL

Page 3 -   Stipulation of Plaintiff and Claimant in Support of Motion for Order to Release Vessel from Arrest

PDXDOCS:1976004.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204